**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA,**

    **Plantiff,**

-vs-                              Case No. 3:17CR00147

**GREGORY GRAY,**

    **Defendant.**

---

**ORDER TRANSFERRING CASE**

---

The above captioned matter is hereby TRANSFERRED from the docket of The Honorable Walter H. Rice, to the docket of The Honorable Thomas M. Rose.

**DONE** and **ORDERED** in Dayton, Ohio, this <u>9TH</u> day of <u>November, 2017</u>.

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT